UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10506-RWZ

ERICK GREGORIO RAMIREZ

v.

YOLANDA SMITH

ORDER

May 23, 2017

ZOBEL, S.D.J.

In light of the Immigration Judge's granting petitioner asylum and releasing petitioner from custody, any ruling on petitioner's petition for a writ of habeas corpus (Docket # 1) is deferred. The parties shall file a status report on or before June 19, 2017.

|  |  |
|---|---|
| May 23, 2017 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |